UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SAMUEL SHERBROOKE CORPORATE, LTD. and SAMUEL GOLDNER )<br><br>Plaintiffs, )<br><br>v. )<br><br>GABRIEL MAYER, BEAU WALKER, JOSEPH MATTHEW QUEEN, and HELIOS RISK SOLUTIONS, LLC, )<br><br>Defendants. ) | **JUDGMENT**<br><br>5:24-CV-57-BO-RJ |

**Decision by Court.**
This cause comes before the Court on defendants' motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion for judgment on the pleadings [DE 30] is GRANTED IN PART and DENIED IN PART as moot. Judgment on the pleadings in defendants' favor is GRANTED as to plaintiffs' Defend Trade Secrets Act claim. The alternative relief requested by defendants is DENIED as moot. The Court declines to exercise jurisdiction over the remaining claims in plaintiff's complaint and those claims are DISMISSED without prejudice. The Court further declines to exercise jurisdiction over the counterclaims and they are DISMISSED without prejudice. The remaining pending motions - plaintiffs' motion for preliminary injunction [DE 44], plaintiffs' consent motion for extension of time to complete discovery [DE 50], and the motion to withdraw as counsel [DE 52] - are DENIED WITHOUT PREJUDICE as moot.

**This case is closed.**

**This judgment filed and entered on October 23, 2024, and served on:**
Nicholas Verderame (via CM/ECF NEF)
Zachary McCamey (via CM/ECF NEF)
Brian Khan (via CM/ECF NEF)
David Perdue (via CM/ECF NEF)
Andrew Tabeling (via CM/ECF NEF)
Scott Bayzle (via CM/ECF NEF)
Clifton Dandison (via CM/ECF NEF)
F. Marshall Wall (via CM/ECF NEF)

October 23, 2024

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk